Circuit Court for Carroll County
Case No. C-06-CR-19-000833
Argued: December 5, 2022

IN THE SUPREME COURT

OF MARYLAND

Pet. No. 141, September Term, 2022

No. 19, September Term, 2022

_____

KEVRON D. WALKER

v.

STATE OF MARYLAND

_____

Fader, C.J.
Watts
Hotten*
Booth
Biran
Gould
Eaves,

JJ.

_____

PER CURIAM

_____

Filed: May 30, 2024

*Hotten, J., participated in the hearing and decision in this matter as an active justice. She participated in the decision to dismiss the petition as improvidently granted as a senior justice on recall.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk

|  |  | * | IN THE |
| KEVRON D. WALKER | | * | SUPREME COURT |
| | | * | OF MARYLAND |
| v. | | * | Pet. No. 141, September Term, 2022 |
| STATE OF MARYLAND | | * | No. 19, September Term, 2022 |

ORDER

In an earlier order, the Court dismissed the writ of certiorari as improvidently granted, dismissed the case, and directed that the mandate issue immediately. Both parties then requested that the mandate be withdrawn and sought additional relief. As additional relief, the State asked the Court to clarify its order and Mr. Walker, Petitioner, asked that the Court reconsider its decision in light of his Supplemental Reply Brief, which he filed contemporaneously with his motion. Upon consideration of the parties' motions, the Court withdrew its mandate and vacated its earlier order but did not rule on the other relief requested by the parties.

Now, upon consideration of the briefs, the supplemental briefs, including Petitioner's Supplemental Reply Brief, the circuit court's written findings following an earlier remand, and the entire record as supplemented, it is this 30th day of May 2024, by the Supreme Court of Maryland,

ORDERED that the writ of certiorari is dismissed as improvidently granted and No. 19, September Term, 2022 is closed in this Court, and it is further,

ORDERED that Petitioner's motion for reconsideration is granted to the extent that Petitioner requested that the Court provide him an opportunity to address the State's

arguments in his Supplemental Reply Brief, as contemplated by the Court's prior scheduling orders.  The Court accepted the Supplemental Reply Brief and considered it along with all other materials submitted by the parties.  Petitioner's motion for reconsideration is otherwise denied; and it is further

ORDERED that the State's motion for clarification is granted to the extent of the clarification provided in this order; and it is further

ORDERED that costs are to be paid by Petitioner and the mandate is to issue forthwith.

    /s/ Matthew J. Fader    
Chief Justice
